Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JENNA MINJAREZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Jenna Minjarez, | ) | **Case No.: 2:11-cv-01570-LOA** |
| Plaintiff, | ) ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| Worldwide Recoveries, LLC., | ) ) | |
| Defendant. | ) ) ) | |

NOW COMES the Plaintiff, Jenna Minjarez, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                           Respectfully Submitted,

Dated: September 22, 2011        KROHN & MOSS, LTD.


                                         By: /s/ Ryan Lee

                                               Ryan Lee
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Scott Cass

scass@wwrecoveries.com

By: /s/ Ryan Lee

    Ryan Lee
    Attorney for Plaintiff