IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenna Minjarez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Worldwide Recoveries, LLC,<br><br>　　　　Defendant. | No. CV-11-1570-PHX-LOA<br><br>**ORDER** |

　　　　The Court has received Plaintiff's Notice of Voluntarily Dismissal. (Doc. 11).

　　　　**IT IS ORDERED dismissing** this matter in its entirety with prejudice, with each party to bear their own fees and costs.

　　　　DATED this 29th day of November, 2011.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge